IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIE OREN | : | CIVIL ACTION |
|     Petitioner, | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT LAUREL HARRY, et al., | : | |
|     Respondents. | : | NO. 16-3896 |

O R D E R

AND NOW, this 20th day of December 2016, after careful and independent consideration of Arie Oren's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1), and review of the Report and Recommendation by United States Chief Magistrate Judge Linda K. Caracappa (Doc. No. 10), it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

3. A certificate of appealability shall not issue because reasonable jurists would not debate the correctness of this Court's ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is directed to mark this case closed for statistical purposes.

.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.